UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No: 3:07-CR-69 |
| ) | |
| PHYLLIS A. GIGER ) | JUDGE Phillips/Guyton |

## ORDER

Upon motion of the United States, it is hereby ORDERED, pursuant to Rule 6(e)(4), Fed. R. Crim. P., that the Indictment, the Government's Motion to Seal, and this Order be sealed with the exception that a stamp-filed copy of each be provided to the United States Attorney's Office prior to sealing.

It is further ORDERED that the United States Attorney be provided a stamp-filed copy of the Indictment prior to sealing.

ENTER:

_____
United States Magistrate Judge

Presented for Entry:

JAMES R. DEDRICK
United States Attorney

By: _____
F. M. Hamilton III
Assistant United States Attorney